

# THE ATTORNEY GENERAL

## OF TEXAS

AUSTIN 11, TEXAS

GERALD C. MANN
~~WILLOWBROOK~~
ATTORNEY GENERAL

Honorable George H. Sheppard
Comptroller of Public Accounts
Austin, Texas

Dear Sir:  
Opinion No. O-2968  
Re: The penalty to be charged a delin-
quent tax payer, interpreting House
Bill No. 76, Forty-seventh Legisla-
ture.

In your letter of July 1, 1941, you request our
opinion in response to the following questions:

"A renders three tracts of land on which the
taxes are delinquent for two years. On the as-
sessment for the real estate each year he also
rendered personal property valued at $1,000 as
well as poll taxes for himself and wife. The
personal property taxes, also the poll taxes are
delinquent and appear on the delinquent tax re-
cords with the real estate.

"B holds a lien on one tract of the delin-
quent real estate and desires to pay the delin-
quent taxes due on the tract on which he holds
a lien but refuses to pay the taxes on the other
two pieces of property, also the taxes due on
the personal property and poll taxes. Even
though B pays all of the delinquent taxes due
on this specific piece of land, would he not be
required to pay a penalty of six per cent on the
amount of taxes due on the tract of land on which
he holds a lien?

"A renders one tract of land and personal
property valued at $1,000 for the years 1937,
1938 and 1939 also poll taxes for himself and
wife. The taxes on the real estate, personal
property and poll taxes are delinquent for three
years. B holds a lien on the tract of land and
desires to pay all of the delinquent taxes due
on the property but refuses to pay the personal
property taxes and the poll taxes. Would the
tax assessor-collector be authorized to accept

the payment on the land without collecting the
penalty of six per cent referred to in House
Bill 76, or should he charge the lien holder the
six per cent because he is not paying all of the
delinquent ad valorem and poll taxes due by A."

Sections 1 and 3 of said House Bill 76 read as follows:

"Section 1.   That all interest and penalties
that have accrued on all ad valorem and poll
taxes that were delinquent on or before July 1,
1940, due the State, and county, common school
district, road district, levee improvement dis-
trict, water improvement district, and water con-
trol and improvement district, irrigation dis-
trict, and other defined subdivisions of the
State (and, subject to the provisions hereinbe-
fore and hereinafter contained, such interest
and penalties on delinquent ad valorem and poll
taxes due cities, towns and villages, and spe-
cial school districts, and independent school
districts,) shall be and the same are hereby re-
leased, provided said ad valorem and poll taxes
are paid on or before November 1, 1941.   It is
provided that the provisions hereof shall not
apply to cities, towns, and villages and special
school districts, and independent school dis-
tricts, unless and until the governing body of
any such city, town, or village, or special school
district, or independent school district finds
that unusual or excessive default in the payment
of ad valorem and poll taxes has occurred, and
that an extension of time for the payment of such
delinquent ad valorem and poll taxes will promote
and accelerate the collection thereof, whereupon
such governing body shall adopt a resolution or
ordinance evidencing such finding, and upon the
recording of such findings of fact the provisions
of this Act shall be in full force and effect as
to any such city, town, or village, or special
school district, or independent school district.
It is hereby expressly and specifically provided
that penalties and interest herein released are
released only on delinquent ad valorem and poll
taxes and on no other  taxes."

"Section 3.   Anyone desiring to pay at one
time all the delinquent taxes for only one year
wherein such taxes are delinquent for more than
one year shall have the right to pay the same but

without remission of penalties and interest; pro-
vided, however, that any persons availing them-
selves of the benefits of this Act shall be re-
quired to pay all delinquent ad valorem taxes due
the State and county on any specific piece of
property on which such taxes are delinquent be-
fore the penalties and interest may be released
as herein provided; conditioned that a six per
cent (6%) penalty on the total amount delinquent
be paid on such property."

We will refer to our Opinion No. 0-3657 wherein we ex-
pressed the view that if a person owes taxes delinquent on
several pieces of property he may single out one piece and pay
the delinquent taxes assessed against it, if he does so of
course, within the life of said House Bill 76, without pay-
ing other delinquent ad valorem and poll taxes owning by him
but that in such a case he will have to pay a six per cent (6%)
penalty. We answer your first question in the affirmative.
In our opinion it does not make any difference whether the
delinquent taxes are paid by the land owner or by the holder
of a lien against the particular tract upon which the delin-
quent taxes are to be paid. It is of no concern to the State
as to which of such parties pays the tax.

Our answer to your second question is that the tax
assessor-collector would not be authorized to accept the pay-
ment on the land without collecting the penalty of six per
cent (6%) referred to in House Bill 76 but that  he should
charge the lien holder the six per cent (6%) penalty levied
in Section 3. From a full consideration of said Act we have
reached the conclusion that it was the intention of the Legis-
lature to release all penalties and interest if the tax payer
would make payment of all delinquent ad valorem taxes owed by
him, but that if he should choose to pay the delinquent taxes
on a piece of property selected from among other pieces on
which taxes also were delinquent he would have to pay a six
per cent (6%) penalty on the amount of the delinquent taxes
so paid on the selected property. Thus some inducement is
offered the tax payer who pays all the delinquent taxes on a
part only of his property, but a heavier inducement is offered
if he will pay all delinquent ad valorem taxes owed by him.
In the last fact situation submitted by you the tax payer is
paying on a specific piece of property, leaving other delin-
quent ad valorem taxes unpaid, and in our opinion falls within
the six per cent (6%) levy of penalty made in Section 3.
Since you mention delinquent poll taxes and to avoid any mis-
understanding with respect to that item, it would be well per-
haps for us to express our view concerning the effect of House
Bill 76 on delinquent poll tax penalty and interest. It is

our opinion that House Bill No. 76 releases any and all such penalties and interest on delinquent poll taxes if such delinquent taxes are paid within the life of said Act. Nor does the six per cent (6%) penalty apply to delinquent poll taxes under any conditions. Hence, no penalty will be collected on delinquent poll taxes prior to November 2, 1941.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By s/Glenn R. Lewis
Glenn R. Lewis
Assistant

GRL:db:wc

APPROVED JULY 12, 1941
s/Grover Sellers
FIRST ASSISTANT
ATTORNEY GENERAL

Approved Opinion Committee By s/BWB Chairman